UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v                                                  Case No. 20-20231
                                                  Honorable Thomas L. Ludington

JONATHON PEGO,

        Defendant.
_____/

## ORDER STRIKING MOTION TO DISMISS

On May 1, 2020, the Government filed a criminal complaint against Defendant Jonathon Pego for assaulting an intimate dating partner. ECF No. 1. A few days later, Magistrate Judge Grand appointed a federal community defender to represent Defendant. ECF No. 3. Attorney F. Randall Karfonta subsequently filed an appearance to represent Defendant. ECF No. 5.

Defendant has now filed a *pro se* Motion to Dismiss. ECF No. 9. Defendant's motion will be stricken. "It is well settled that there is no constitutional right to hybrid representation." *United States v. Lowdermilk*, 425 F. App'x 500, 504 (6th Cir. 2011) (quoting *United States v. Cromer*, 389 F.3d 662, 681 n. 12 (6th Cir.2004)) (internal quotation marks omitted). Absent any proof that Mr. Karfonta is not able and competent to represent Defendant, *pro se* appearances will not be entertained. *See id.* (finding no abuse of discretion in denying hybrid representation where defendant's lawyer was "competent and capable.").

Accordingly, it is **ORDERED** that Defendant's Motion to Dismiss, ECF No. 9, is **STRICKEN**.

Dated: June 18, 2020                                          s/Thomas L. Ludington
                                                                THOMAS L. LUDINGTON
                                                                United States District Judge

- 2 -

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney of record herein by electronic means and to Jonathon Moses Pego, Midland County Jail, 101 Fast Ice Dr., Midland, MI 48642 by first class U.S. mail on June 18, 2020.

                                                             s/Kelly Winslow  
                                                             KELLY WINSLOW, Case Manager